UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FRAMEWELD LLC,

        Plaintiff,

  -against-

RYAN MAHONEY and VIRTUE CENTER
FOR ART AND TECHNOLOGY LLC

        Defendants.
----------------------------------------------------------X
STATE OF NEW YORK  )
                       S.S.:
COUNTY OF DUTCHESS )

Case No. 11 CIV 7103

AFFIDAVIT OF SERVICE

        THOMAS J. WALSH, III, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 12th day of October, 2011, at approximately 7:33 pm, deponent attempted to serve a true copy of the Summons in a Civil Action, Complaint, Individual Rules and Practices in Civil Case of Paul A. Engelmayer and Rule 7.1 Statement upon Ryan Mahoney at 251 Buttonwood Avenue, Cortlandt Manor, New York, but received no response to repeated knocks on the door and rings of the bell.

        That on the 14th day of October, 2011, at approximately 8:05 am, deponent again attempted to serve a true copy of the Summons in a Civil Action, Complaint, Individual Rules and Practices in Civil Case of Paul A. Engelmayer and Rule 7.1 Statement upon Ryan Mahoney at 251 Buttonwood Avenue, Cortlandt Manor, New York, but again received no response to repeated knocks on the door and rings of the bell.

        That on the 15th day of October, 2011, at approximately 3:19 pm, deponent again attempted to serve a true copy of the Summons in a Civil Action, Complaint, Individual Rules and Practices in Civil Case of Paul A. Engelmayer and Rule 7.1 Statement upon Ryan Mahoney at 251

Buttonwood Avenue, Cortlandt Manor, New York, but again received no response to repeated knocks on the door and rings of the bell.

That on the 19th day of October, 2011, at approximately 5:29 pm, deponent again attempted to serve a true copy of the Summons in a Civil Action, Complaint, Individual Rules and Practices in Civil Case of Paul A. Engelmayer and Rule 7.1 Statement upon Ryan Mahoney at 251 Buttonwood Avenue, Cortlandt Manor, New York, but again received no response to repeated knocks on the door and rings of the bell. At that time, therefore, deponent served a true copy of the foregoing papers upon Ryan Mahoney by firmly affixing the same conspicuously on the front door at that address, the actual place of residence.

That on the 20th day of October, 2011, deponent served another copy of the foregoing upon Thomas Mahoney by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Ryan Mahoney
251 Buttonwood Avenue
Cortlandt Manor, New York 10567

_____
THOMAS J. WALSH, III

Sworn to before me this
20th day of October, 2011

_____
NOTARY PUBLIC

Heather Lee Lawson
Notary Public State of New York
No. 4943125 Qual in Dutchess Cty
My Commission Exp 10/17/20__