UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FRAMEWELD LLC,  Plaintiffs,

AFFIDAVIT OF SERVICE
v.  Civil Action No. 11 CIV 7103

RYAN MAHONEY and VIRTUE CENTER FPR ART
AND TECHNOLOGY LLC.  Defendants.

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of METRO ATTORNEY SERVICE INC.

That on the 13th day of October, 2011, at approximately the time of 1:30 AM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, deponent served Summons in a Civil Action, Rule 7.1 Disclosure Statement of Plaintiff, Complaint and Individual Rules and Practiced in Civil Cases (with civil action Number endorsed thereon) upon **VIRTUE CENTER FOR ART AND TECHNOLOGY LLC** delivering and leaving with Donna Christie, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Donna Christie is a white female, approximately 45 years of age, stands 5 feet 4 inches tall, weight approximately 140 pounds with blonde hair.

_____
Jeffrey Teitel

Sworn to me
This 13th day of October, 2011

_____
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2013