Engelmayer, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/11
```

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FRAMEWELD LLC,                           )
                                         )
        Plaintiff,                       )   Case No.: 11-CV-7103 (PAE)
                                         )
    v.                                   )   ECF Case
                                         )
RYAN MAHONEY and VIRTUE CENTER FOR       )
ART AND TECHNOLOGY LLC                   )
                                         )
        Defendants.                      )
                                         )

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED, by and between the attorneys for plaintiff, Frameweld LLC, and the attorneys for the defendants, Ryan Mahoney and Virtue Center for Art and Technology LLC, that the above-captioned matter be and hereby is dismissed in its entirety (including all pending claims and counterclaims) for all parties, with prejudice and without costs as to either party against the other.

DUANE MORRIS LLP                         AHMAD NAQVI RODRIGUEZ LLP
Attorneys for Plaintiff                  Attorneys for Defendants

By: _____              By: _____
    John Dellaportas                         Ryder A. Naqvi
    R. Terry Parker                          22 Cortlandt Street, 16th Floor
    1540 Broadway                            New York, New York 10007
    New York, New York 10036                 Telephone: (212) 419-0555
    Telephone: (212) 692-1000
    and
    Mark A. Fischer (*pro hac vice*)
    100 High Street, Suite 2400
    Boston, MA 02110-1724
    Tel. No.: (857) 488-4266

Dated: 11/21/11                          Dated: 11/21/11

SO ORDERED

_Paul A. Engelmayer_                     Dated: 11/28/11
Honorable Paul A. Engelmayer

2